

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Rickie J. Damato
Rickie J. Damato

**Plaintiff(s),**

vs.

Human Resources Management
Rush University Hospital
Rush University Hospital
all involved-and-concerned

**Defendant(s).**

**RECEIVED**
JAN 0 8 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No.

1:16-cv-259
Judge Jorge L. Alonso
Magistrate Judge Maria Valdez

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Rickie J. Damato.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, __Rush University Hospital__, is
   (name, badge number if known)

   ☐ an officer or official employed by __Rush University Hospital__
   (department or agency of government)
   __Bogus Emergency Room Staff__ or

   ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is __Rush University Hospital__. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __1-8-2016__, at approximately __2:00pm__ ☐ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of __Cook County, Illinois 60608__, in the County of __Cook__, State of Illinois, at __Chicago, Illinois 60608__,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☒ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☒ Other: __Criminal charges and Civil Rights Violations are pending in federal court.__

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: *(Leave blank if no custom or policy is alleged)*: Rush University Hospital acted out By Violateing all Hospital policy and Safety procedures operateing all illegal No good conduct Breaking any and all Safety Rules.

8. Plaintiff was charged with one or more crimes, specifically: NO No He was Not defendent - Rush University Hospital Chicago, Illinois is of Criminal activitie its Emergency Room Staff acted out in a Criminal Manner Createing Criminal activitie patient victims.

9. *(Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other")* The criminal proceedings

    ☐ are still pending.

    ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows pending Civil Rights charges and Criminal charges.

    ☒ Other: federal proceedings Necessary.

_____

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

got there at Rush University Hospital, and told the Emergency Room He was there Because He Had a Ring Sound in His Ears pressure around Eyes and felt Little Bit dizzy disorientated. That what Rickie J. Damato arrival was all About in the first place at Rush University. Patient told them Not there for anything else at all. No Mental Health Records on file ever in a Lifetime anywhere even at there Hospital Rush University Hospital. Not a mental Health patient at all (period) or in there computer at all. Internal Sonar presences internally. Sensory integrated Dysfunction INTERNAL SONAR AGGRAVATION.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

pressure around Eyes, Ringing Sound in Ears, Sonar presences Existed, Sensory integrated Dysfunction internal Sonar presences activate Criminally Being un detected purposely Left in the Human Body.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes  ☐ No

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. (circled) Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. (circled) Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Rickie J. Damato
Plaintiff's name *(print clearly or type)*: Rickie J. Damato
Plaintiff's mailing address: 2111 N. 75th Ave
City Elmwood Park  State Ill  ZIP 60707
Plaintiff's telephone number: ( ) N/A None
Plaintiff's email address *(if you prefer to be contacted by email)*: None
None

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5